UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

AUBREY DAVIS p/k/a "DJ MIXX"                    Case No.: 12-CV-22578 (FAM)

    Plaintiff,

v.

USHER TERRY RAYMOND THE IV P/K/A
"USHER", SONY MUSIC ENTERTAINMENT,
RICHARD PRESTON BUTLER, JR. P/K/A
"RICO LOVE", ANDREW HARR P/K/A
"DRU BRETT", JERMAINE JACKSON P/K/A
"MAYNE ZAYNE", EMI APRIL MUSIC, INC.,
NOTTING DALE SONGS, INC., TRAC-N-FIELD
ENTERTAINMENT, LLC, UR-IV MUSIC, INC.,
ALGERNOD LANIER WASHINGTON P/K/A "PLIES",
FIRST-N-GOLD PUBLISHING, INC., and
KOBALT MUSIC PUBLISHING AMERICA, INC. D/B/A
SONGS OF KOBALT MUSIC PUBLISHING,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Aubrey Davis p/k/a "DJ Mixx" ("Davis") and Defendants Usher Terry Raymond The IV p/k/a "Usher" ("Usher"), Sony Music Entertainment ("Sony Music"), Richard Preston Butler, Jr. p/k/a "Rico Love" ("Butler"), Andrew Harr p/k/a "Dru Brett" ("Harr"), Jermaine Jackson p/k/a "Mayne Zayne" ("Jackson"), EMI April Music, Inc. ("EMI April Music"), Notting Dale Songs, Inc. ("Notting Dale"), Trac-N-Field Entertainment, LLC ("Track-N-Field"), UR-IV Music, Inc. ("UV-IV"), First-N-Gold Publishing, Inc. ("First-N-Gold") and Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing ("Kobalt Music Publishing") (collectively "Defendants"), by and through undersigned counsel, hereby jointly stipulate to the dismissal of this action with

prejudice.  Each party shall bear its own attorney's fees and costs except as otherwise agreed by the parties.

Respectfully submitted this 15th day of July, 2013.

        SINGH, SINGH & TRAUBEN, LLP

By:    s/Michael A. Trauben
        Michael A. Trauben, Esq. (Florida Bar No. 816841)
        mtrauben@SinghTraubenLaw.com
        400 S. Beverly Drive, Suite 400
        Beverly Hills, CA 90212
        Telephone: (310) 856-9705
        Facsimile:  (888) 734-3555
        *Attorneys for Plaintiff Aubrey Davis*


        GRAY ROBINSON, P.A.

By:    s/Karen Stetson
        Karen Stetson, Esq. (Florida Bar No. 742937)
        Karen.Stetson@grey-robinson.com
        1221 Brickell Avenue, Suite 1600
        Miami, Florida 33131
        Phone: (305) 416-6880
        Fax:    (305) 416-6887
        *Attorneys for Defendants Trac-N-Field,*
        *Jackson and Harr*

        -and-

        Local Counsel for *Defendants Usher, Sony Music,*
        *EMI April Music, UR-IV and Richard Butler*
        *Attorneys for Plaintiff Aubrey Davis*


        CAPLAN & ROSS, LLP

By:    s/Jonathan Ross
        Jonathan Ross, Esq. (*pro hac vice*)
        JRoss@caplanross.com
        270 Madison Avenue, 13th Floor
        New York, New York 10016
        Phone: (212) 973-2376
        *Attorneys for Defendant Richard Butler*

        JONATHAN D. DAVIS, P.C.

By:   s/Jonathan D. Davis_____
       Jonathan D. Davis, Esq. (*pro hac vice*)
       jdd@jddavispc.com
       99 Park Avenue, Suite 1600
       New York, New York 10017
       Phone: (212) 687-5464
       Fax:    (212) 661-4290
       *Attorneys for Defendants Usher, Sony Music, EMI*
       *April Music and UR-IV*


        WOLFE LAW MIAMI

By:   s/Richard C. Wolfe_____
       Richard C. Wolfe, Esq.
       rwolfe@wolfelawmiami.com
       Florida Bar No.: 355607
       Wolfe Law Miami, P.A.
       175 Southwest 7 Street, Suite 2410
       Miami, Florida 33130
       Phone: (305) 384-7370
       Fax:    (305) 384.7371
       *Attorneys for Defendants Algernod*
       *Lanier Washington p/k/a "Plies",*
       *First-N-Gold Publishing, Inc. and*
       *Kobalt Music Publishing America,*
       *Inc. d/b/a Songs of Kobalt Music*
       *Publishing*

        BRET D. LEWIS & ASSOCIATES

By:   s/Bret D. Lewis_____
       Bret D. Lewis, Esq. (*pro hac vice*)
       bretlewis@aol.com
       Wellesley Courtyard
       12304 Santa Monica, Blvd., 107A
       Los Angeles, CA 90025
       Phone: (310) 207-0696
       Fax:    (310) 362-8424
       *Attorneys for Defendant*
       *Notting Dale Songs, Inc.*

## CERTIFICATE OF SERVICE

  WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on this 15th day of July, 2013, on all counsel or parties of record on the Service List below.

                     s/Michael A. Trauben

## SERVICE LIST

Karen Stetson, Esq.
Florida Bar No. 742937
Gray Robinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Phone:  (305) 416-6880
Fax:      (305) 416-6887
Karen.Stetson@gray-robinson.com
*Attorneys for Defendants Trac-N-Field, Jackson and Harr*

      -and-

Local Counsel for *Defendants Usher, Sony Music, EMI April Music, UR-IV and Richard Butler*

Brian D. Caplan, Esq.
(*pro hac vice*)
Caplan & Ross, LLP
270 Madison Avenue
New York, New York 10016
Phone:  (212) 973-2376
bcaplan@caplanross.com
*Attorneys for Defendant Richard Butler*

Jonathan D. Davis, Esq.
(*pro hac vice*)
Jonathan D. Davis, P.C.
99 Park Avenue, Suite 1600
New York, New York 10017
Phone:  (212) 687-5464
Fax:      (212) 661-4290
jdd@jddavispc.com
*Attorneys for Defendants Usher, Sony Music, EMI April Music and UR-IV*

Richard C. Wolfe, Esq.
Florida Bar No.: 355607
Wolfe Law Miami, P.A.
175 Southwest 7 Street, Suite 2410
Miami, Florida 33130
Phone:   (305) 384-7370
Fax:       (305) 384.7371
rwolfe@wolfelawmiami.com
*Attorneys for Defendants Algernod Lanier Washington p/k/a "Plies", First-N-Gold Publishing, Inc. and Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing*

Jacquelyn K. Trask, Esq.
Oppenheim Pilelsky, P.A.
2500 Weston Rd., Suite 404
13th Floor Weston, FL 33331
Phone:   (954) 384-6114
Fax:       (954) 384-6115
jtrask@oplaw.net
Local Counsel for *Defendant Notting Dale Songs, Inc.*

Bret D. Lewis, Esq. (*pro hac vice*)
Bret D. Lewis & Associates
Wellesley Courtyard
12304 Santa Monica, Blvd., 107A
Los Angeles, CA 90025
Phone:   (310) 207-0696
Fax:       (310) 362-8424
bretlewis@aol.com
*Attorneys for Defendant Notting Dale Songs, Inc.*