UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-22578-CIV-MORENO

AUBREY DAVIS a/k/a DJ MIXX,

    Plaintiff,

vs.

USHER TERRY RAYMOND a/k/a USHER, SONY MUSIC ENTERTAINMENT, RICHARD PRESTON BUTLER a/k/a RICO LOVE, ANDREW HARR a/k/a DRU BRETT, JERMAINE JACKSON a/k/a MAYNE ZAYNE, ALGERNOD LANIER WASHINGTON a/k/a PLIES, EMI APRIL MUSIC, INC., NOTTING DALE SONGS, INC., TRAC-N-FIELD ENTERTAINMENT, LLC, and UR-IV MUSIC, INC.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Joint Stipulation of Dismissal of Action with Prejudice **(D.E. No. 59)**, filed on <u>**July 15, 2013**</u>.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own

fees and costs. Fed. R. Civ. P. 41(a)(1). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of July, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record